**FILED**

01/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0512

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0512

MICHAEL L. GOGUEN,
*Plaintiff, Appellee, and
Cross-Appellant,*

v.

NYP HOLDINGS, INC.; ISABEL VINCENT,
*Defendants and Appellants,*

WILLIAM DIAL,
*Defendant and Cross-Appellee*

Appeal From Montana Eleventh Judicial District
Flathead County, DV-21-1382(A)
Honorable Amy Eddy

## ORDER GRANTING 30-DAY EXTENSION

Upon motion of Reid J. Perkins, attorney for Michael L. Goguen

("Goguen"), and good cause appearing,

IT IS HEREBY ORDERED that the Appellee and Cross-Appellant Michael

L. Goguen is granted an extension to February 14, 2023, in which to prepare, serve

and file his combined Answer Brief and Opening Brief on Cross-Appeal.

Dated this ___ day of January, 2023.


                                                 _____
                                                 CHIEF JUSTICE

cc: Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 11 2023